D/F

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEMYON GRINBLAT, individually and on                    **STIPULATION OF**
behalf of all others similarly situated,                **DISCONTINUANCE**
                                                        **WITH PREJUDICE**

                                    Plaintiff,

          -against-                                     **CASE NO.:   18-cv-5987**
                                                                      **NGG-RML**

NULIFE OF BROOKLYN, LLC and
WOODSIDE SW REALTY LLC,

                                    Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorney for the Plaintiff,

SEMYON GRINBLAT, and the attorneys for the Defendants, NULIFE OF BROOKLYN, LLC

and WOODSIDE SW REALTY LLC, that whereas no party hereto is an infant, or an incompetent

person, for whom a committee has been appointed, and no person not a party having an interest in

the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims,

counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party,

as against any other party, a resolution of all matters in dispute having been made pursuant to a

settlement agreement executed between the parties. This stipulation may be signed in counterparts.

     **IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation,

a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as

an original signature.

                         [SIGNATURES ON NEXT PAGE]

1

Dated:  February 11, 2019

Michael Grinblat, Esq.

Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel     (347) 796-0712
Fax    (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

So ordered.

s/Nicholas G. Garaufis

2/11/19

Dated   February 11, 2019

Elizabeth R. Gorman, Esq.

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11795
Telephone     (516) 712-4000
Fax             (516) 712-4013
Email           egorman@milbermakris.com
*Attorneys for the Defendants
NULIFE OF BROOKLYN, LLC and
WOODSIDE SW REALTY LLC*

2